UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND and STEAMFITTERS LOCAL 449 PENSION FUND, derivatively on behalf of JPMorgan Chase & Company,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES DIMON, LINDA B. BAMMANN, JAMES A. BELL, CRANDALL C. BOWLES, STEPHEN B. BURKE, JAMES S. CROWN, TIMOTHY P. FLYNN, LABAN P. JACKSON, MICHAEL A. NEAL, LEE R. RAYMOND, WILLIAM C. WELDON, WALTER V. SHIPLEY, and ROBERT I. LIPP,<br><br>Defendants,<br><br>-and-<br><br>JPMORGAN CHASE & COMPANY,<br><br>Nominal Defendant. | Case No. 1:14-cv-01041-PAC |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO MAKE A PRE-LITIGATION DEMAND**

PLEASE TAKE NOTICE THAT upon the accompanying memorandum of law, the Declaration of Stuart J. Baskin, executed April 28, 2014, and the exhibits attached thereto, Defendants James Dimon, Linda B. Bammann, James A. Bell, Crandall C. Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Laban P. Jackson, Jr., Michael A. Neal, Lee R. Raymond, William C. Weldon, Walter V. Shipley, Robert I. Lipp, and Nominal Defendant JPMorgan Chase & Company, by their undersigned counsel, will move this Court, before Honorable Paul A. Crotty, United States District Judge, at the Daniel Patrick Moynihan

2

Courthouse, 500 Pearl Street, New York, New York, on a date and time to be set by the Court, for an Order dismissing this shareholder derivative action with prejudice pursuant to Federal Rule of Civil Procedure 23.1 and applicable Delaware law, and granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
April 28, 2014

| SHEARMAN & STERLING LLP | WACHTELL, LIPTON, ROSEN & KATZ |
|---|---|
| By: /s/ Stuart J, Baskin_____<br>Stuart J. Baskin<br>Jaculin Aaron<br>Jessica Lyn Bartlett<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000 | By: /s/ John Savarese_____<br>John Savarese<br>Emil A. Kleinhaus<br>51 West 52nd Street<br>New York, NY 10019<br>(212) 403-1000 |
| *Attorneys for Defendants Linda B. Bammann, James A. Bell, Crandall C. Bowles, Stephen B. Burke, James S. Crown, Timothy P. Flynn, Laban P. Jackson, Michael A. Neal, Lee R. Raymond and William C. Weldon* | *Attorneys for Nominal Defendant JPMorgan Chase & Co. and Defendants James Dimon, Walter V. Shipley and Robert I. Lipp* |

**CERTIFICATE OF SERVICE**

I, Jessica Lyn Bartlett, hereby certify that copies of:

the Notice of Defendants' Motion to Dismiss the Complaint for Failure to Make a Pre-Litigation Demand;

Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint for Failure to Make a Pre-Litigation Demand; and

the Declaration of Stuart J. Baskin in Support of Defendants' Motion to Dismiss the Complaint for Failure to Make a Pre-Litigation Demand and exhibits thereto

were filed with the Court's ECF system, which will send copies electronically to all

counsel that have appeared in this action and registered with such system.


Dated: New York, New York
April 28, 2014

/s/ Jessica Lyn Bartlett